Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-453

**Effective Date of Registration:**
October 17, 2025
**Registration Decision Date:**
January 17, 2026

---

## Title

**Title of Work:**   The charge of the Polish hussars

## Completion/Publication

**Year of Completion:**   2020
**Date of 1st Publication:**   September 03, 2020
**Nation of 1ˢᵗ Publication:**   Poland

## Author

- **Author:**   Aleksander Karcz
  **Author Created:**   2-D artwork
  **Citizen of:**   Poland

## Copyright Claimant

**Copyright Claimant:**   Aleksander Karcz
Zgorzelecka 59, Piensk, 59-930, Poland

---

## Rights and Permissions

**Name:**   Aleksander Karcz
**Email:**   aleksander.karcz@gmail.com
**Address:**   Zgorzelecka 59
Piensk 59-930 Poland

## Certification

**Name:**   David Denholm
**Date:**   October 17, 2025
**Applicant's Tracking Number:**   AK2025101701



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-476-444**

**Effective Date of Registration:**
October 17, 2025
**Registration Decision Date:**
January 17, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Hussar dream |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | May 25, 2021 |
| **Nation of 1st Publication:** | Poland |

## Author

| | |
|---|---|
| **Author:** | Aleksander Karcz |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Poland |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Aleksander Karcz
Zgorzelecka 59, Piensk, 59-930, Poland |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Aleksander Karcz |
| **Email:** | aleksander.karcz@gmail.com |
| **Address:** | Zgorzelecka 59
Piensk 59-930 Poland |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 17, 2025 |
| **Applicant's Tracking Number:** | AK2025101702 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-476-445

**Effective Date of Registration:**
October 17, 2025
**Registration Decision Date:**
January 17, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Drakkar |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | July 07, 2016 |
| **Nation of 1st Publication:** | Poland |

## Author

| | |
|---|---|
| • **Author:** | Aleksander Karcz |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Poland |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Aleksander Karcz |
| | Zgorzelecka 59, Piensk, 59-930, Poland |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Aleksander Karcz |
| **Email:** | aleksander.karcz@gmail.com |
| **Address:** | Zgorzelecka 59 |
| | Piensk 59-930 Poland |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 17, 2025 |
| **Applicant's Tracking Number:** | AK2025101704 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-476-443

**Effective Date of Registration:**
October 17, 2025
**Registration Decision Date:**
January 17, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | U-boot |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | October 21, 2020 |
| **Nation of 1st Publication:** | Poland |

## Author

| | |
|---|---|
| • **Author:** | Aleksander Karcz |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Poland |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Aleksander Karcz |
| | Zgorzelecka 59, Piensk, 59-930, Poland |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Aleksander Karcz |
| **Email:** | aleksander.karcz@gmail.com |
| **Address:** | Zgorzelecka 59 |
| | Piensk 59-930 Poland |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 17, 2025 |
| **Applicant's Tracking Number:** | AK2025101703 |

