**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALEKSANDER KARCZ,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05851

Judge Steven C. Seeger

Magistrate Judge Albert Berry, III

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff hereby files this Notice of Voluntary Dismissal as to any remaining Defendants that have not been subject to a prior Order entered by the Court, including any consent judgment order, final judgment order, or a prior dismissal entered by the Court. All such Defendants are hereby dismissed without prejudice.

This terminates the action.

DATED: November 9, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***